UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| INTERFOREVER SPORTS INC., <br> AS BROADCAST LICENSEE OF THE <br> JULY 17, 2003, MEXICO/HONDURAS EVENT, <br>     *Plaintiff*, <br> <br> v. <br> <br> BLANCA ESTELA RIVERA, INDIVIDUALLY, <br> D/B/A/ EL MICHOACANO NITE CLUB, A/K/A <br> EL MICHOACANO NIGHT CLUB, <br>     *Defendant*. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | CIVIL ACTION H-06-CV-2359 |

**FINAL JUDGMENT**

Pursuant to the memorandum and order signed this date, the court ORDERS entry of default against the defendant, Blanca Estela Rivera, individually and d/b/a/ El Michoacano Nite Club, a/k/a El Michoacano Night Club. Additionally, it is further ORDERED that the plaintiff, Interforever Sports, Inc., recover the following from the defendant:

(1)  $20,000.00 in damages for violations of 47 U.S.C. § 605; and

(2)  $1,000.00 in attorney's fees, plus costs of court.

The above sums shall bear interest at the rate of 4.90% per annum from the date of judgment until paid. All other relief not expressly granted herein against the defendant is DENIED.

This is a FINAL JUDGMENT.

Signed at Houston, Texas on December 13, 2006.

_____
Gray H. Miller
United States District Judge